# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2008

Clifford W. Taylor,
Chief Justice

Rehearing No. 552

133394

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAIMLERCHRYSLER CORPORATION,
    Petitioner-Appellee,
v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
    Respondents-Appellees,
and

CITY OF AUBURN HILLS,
    Respondent-Appellant.
_____/

SC: 133394
COA: 267565
Oakland CC: 05-064732-AA

On order of the Court, the motions for rehearing are considered, and they are DENIED.

WEAVER, CORRIGAN, and MARKMAN, JJ., would grant rehearing and affirm the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2008

0923

Clerk